■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD NESBIT, Appellant. [38 NYS3d 793]—Order, Supreme Court, New York County (Richard D. Carruthers, J.), entered on or about November 15, 2012, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the guidelines, and were outweighed by the circumstances of the underlying crime and defendant's criminal history. Concur—Mazzarelli, J.P., Sweeny, Acosta, Moskowitz and Gesmer, JJ.